# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Edward L. Couture, | ) |
|     Plaintiff, | ) **ORDER ADOPTING STIPULATION TO** |
| | ) **AMEND DEFENDANT'S JOINT AND** |
| vs. | ) **SEPARATE ANSWER** |
| | ) |
| Charles L. Neff and Neff, Eiken & Neff, P.C., | ) Case No. 1:18-cv-228 |
| | ) |
|     Defendants. | ) |

Before the Court is a Stipulation to Amend Defendants' Joint and Separate Answer to Plaintiff's Complaint. The court **ADOPTS** the stipulation (Doc. No. 16). Defendants shall have until March 4, 2019, to file their Amended Joint and Separate Answer.

**IT IS SO ORDERED.**

Dated this 28th day of February, 2019.

                                                  */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court